B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alter Communications, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**52-1713652** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1040 Park Avenue, Suite 200**<br>**Baltimore, MD**<br>ZIP Code **21201** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Baltimore City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1040 Park Avenue, Suite 200**<br>**Baltimore, MD 21201** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   \*\*\* **Maria Ellena Chavez-Ruark 23941** \*\*\*
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | | Name of Debtor(s):<br>**Alter Communications, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Alter Communications, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Maria Ellena Chavez-Ruark**
Signature of Attorney for Debtor(s)

**Maria Ellena Chavez-Ruark 23941**
Printed Name of Attorney for Debtor(s)

**Tydings & Rosenberg, LLP**
Firm Name

**100 East Pratt Street**
**26th Floor**
**Baltimore, MD 21202**

Address

**410 752 9700**
Telephone Number

**April 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Andrew A. Buerger**
Signature of Authorized Individual

**Andrew A. Buerger**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**April 14, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## ALTER COMMUNICATIONS, INC.
## SPECIAL MEETING OF BOARD OF DIRECTORS

A Special Meeting of the Board of Directors of Alter Communications, Inc. ("Corporation") was held by conference telephone call on April 8, 2010 at 3:00 p.m.

The following directors, being all of the members of the Board of Directors, were present:

Ronnie L. Buerger
Andrew A. Buerger
Kevin A. Buerger
Jonathan Klein

Also present, by invitation, were the following stockholders in the Corporation:

Danielle A. Bunting
Lauren A. Buerger

Also present, by invitation, were the following advisors to the Corporation:

Jonathan R. Wachs and Jesse D. Delanoy, Offit Kurman, P.A., Attorneys at Law;
Alan Grochal, Tydings & Rosenberg, Attorneys at Law;
Todd Feuerman, Ellin & Tucker, Certified Public Accountants.

Andrew A. Buerger acted as Chair of the meeting and Jonathan Wachs, Counsel to the Corporation, acted as Secretary of the meeting.

The meeting was called to order by the Chair.

The following resolutions having been presented in draft form to the Board prior to the meeting, a detailed discussion followed, whereupon the following resolutions were unanimously adopted:

> **WHEREAS,** detailed minutes for the Corporation have not been prepared in some time; and
>
> **WHEREAS,** the directors of the Corporation desire to summarize and ratify the significant events which have transpired since corporate minutes were last written;

IT IS THEREFORE:

> **RESOLVED:** That the resignation of Greg Samios as a Director of the Corporation, submitted by telephone conversation on November 13, 2008, be and the same is hereby accepted by the Corporation, effective as of such date; and
>
> **FURTHER RESOLVED:** That the resignation of Marshall Paisner as a Director of the Corporation, submitted on January 4, 2010, be and the same is hereby accepted by the Corporation, effective as of such date; and

**FURTHER RESOLVED:** That the following persons be and are hereby recognized as constituting the entire Board of Directors from and after the resignations of Greg Samios and Marshall Paisner:

Ronnie L. Buerger
Andrew A. Buerger
Kevin A. Buerger
Jonathan Klein

**FURTHER RESOLVED:** That the following persons be and are hereby recognized as having held the offices set forth next to their names from and after the dates set forth next to their names, and they are hereby re-elected to those offices, to hold office until the next annual meeting of the Board of Directors, and thereafter until their respective successors have been duly elected and qualified:

| | | |
|---|---|---|
| Ronnie L. Buerger | President | May 20, 1999 |
| Andrew A. Buerger | Vice President | May 20, 1999 |
| Kevin A. Buerger | Secretary/Treasurer | June 30, 2001 |

**FURTHER RESOLVED:** That all of the actions taken by the officers of the Corporation named above, and their predecessors, in the name and on behalf of the Corporation prior to the date hereof, be and the same are hereby ratified, authorized and approved.

*****************************

**WHEREAS,** Jan K. Guben and Ronnie L. Buerger, Trustees of Trust C formed under the Last Will and Testament of Charles A. Buerger (the "Trustees"), as the registered owner of 145 shares of the Corporation's Common Stock, $1.00 Par Value per share, as evidenced on the books of the Corporation by Certificate No. 7 (the "Trust C Shares"), and holder of a Promissory Note issued by the Corporation, dated January 1, 2009, in the original principal amount of $181,000.00 (the "Trust C Note"), have terminated the said Trust C and distributed legal and beneficial ownership of the Trust C Shares and the Trust C Note to Ronnie L. Buerger, absolutely and free of trust; and

**WHEREAS,** the said Stock Certificate No. 7 has been lost or destroyed, and cannot be located;

IT IS THEREFORE:

**RESOLVED:** That upon receipt of an appropriate affidavit and indemnity, acceptable to counsel for the Corporation, in lieu of Stock Certificate No. 7, the proper officers of the Corporation be and are hereby authorized and directed to issue a certificate for 145 shares of Common Stock of the Corporation to Ronnie L. Buerger; and

**FURTHER RESOLVED:** That the Corporation hereby recognizes and acknowledges the transfer and distribution of the Class C Note from the Trustees to Ronnie L. Buerger.

******************************

**WHEREAS,** the Corporation acknowledges that Ronnie L. Buerger has satisfied the Corporation's obligation to pay legal fees incurred by it in favor of OFFIT KURMAN, P.A. (the "Law Firm") by paying the sum of $50,000.00 to the Law Firm; and

**WHEREAS,** the Corporation further acknowledges that it is indebted to Ronnie L. Buerger in the amount of 50,000.00 as a result thereof;

IT IS THEREFORE:

**RESOLVED:** That the issuance by the Corporation of a Promissory Note to Ronnie L. Buerger, dated March 16, 2010, in the original principal amount of $50,000.00, bearing interest at the rate of 5% per annum, payable in full on or before April 1, 2013, be and the same is hereby authorized, ratified and affirmed.

******************************

**WHEREAS,** Jodi A. Buerger is the registered owner of 34 shares of the Corporation's Common Stock, as evidenced on the books of the Corporation by Certificates No. 4 and 13; and

**WHEREAS,** the said Jodi A. Buerger departed this life on May 8, 2009.

IT IS THEREFORE:

**RESOLVED:** That, upon surrender to the corporation of Certificates No. 4 and 13, the proper officers of the Corporation be and are hereby authorized and directed to issue a certificate for 34 shares of Common Stock of the Corporation to the Personal Representative of the Estate of Jodi A. Buerger; and

**FURTHER RESOLVED:** That, if and when the said Personal Representative of the Estate of Jodi A. Buerger shall, in his or her discretion, determine to do so as authorized by the Last Will and Testament of Jodi A. Buerger, the proper officers of the Corporation shall accept for cancellation the certificate so issued to the said Personal Representative, and shall issue one or more certificates for 34 shares of Common Stock of the Corporation, in the aggregate, to those persons entitled to receive the same as directed by the said Personal Representative.

******************************

**WHEREAS,** the Director of the Corporation have determined that it is in the Corporation's best interests to seek protection under Chapter 11 of the United States Bankruptcy laws;

IT IS THEREFORE:

**RESOLVED:** That the President and Vice-President of the Corporation hereby is each authorized and directed to execute, in the name of and on behalf of the Corporation, a Petition under Chapter 11 of the United States Bankruptcy Code, and to take any such action as s/he deems necessary or appropriate in connection with the institution and filing of the Chapter 11 case, and to provide in accordance with the requirements of the United States Bankruptcy Code, all documents, reports, books, and records of the Corporation, and in all other ways to comply with the provisions of the United States Bankruptcy Code as they may apply to that case; and

**FURTHER RESOLVED:** That the Corporation is authorized to retain the law firm of Tydings & Rosenberg LLP to represent it in the Chapter 11 proceeding.

There being no further business, the meeting was declared adjourned.

Respectfully submitted:

Jonathan Wachs
Meeting Secretary

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re **Alter Communications, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HG Roebuck<br>Kevin Pascale, Esquire<br>Rosenberg, Martin, Greenberg, LLP<br>25 S. Charles Street, Suite 2115<br>Baltimore, MD 21201 | Kevin Pascale, Esquire<br>HG Roebuck<br>Rosenberg, Martin, Greenberg, LLP<br>25 S. Charles Street, Suite 2115<br>Baltimore, MD 21201<br>410-727-6600 | Judgment | Disputed | 362,125.84 |
| Mayor & City Council of Baltimore<br>c/o City of Baltimore Development Corp.<br>36 S. Charles Street, Suite 1600<br>Baltimore, MD 21201 | Mayor & City Council of Baltimore<br>c/o City of Baltimore Development Corp.<br>36 S. Charles Street, Suite 1600<br>Baltimore, MD 21201 | Loan | | 110,000.00 |
| Fry Communications<br>800 W. Church Road<br>Mechanicsburg, PA 17055 | Bob Intrieri<br>Fry Communications<br>800 W. Church Road<br>Mechanicsburg, PA 17055<br>717-766-0211 x1215 | Trade debt | | 103,630.45 |
| Kelly & Associates Insurance<br>301 International Circle<br>Cockeysville, MD 21030 | Coreen McGovern<br>Kelly & Associates Insurance<br>301 International Circle<br>Cockeysville, MD 21030<br>410-527-3432 | Insurance | | 32,660.34 |
| PUBLISHERS SERVICE ASSOCIATES<br>1000 Commerce Drive, Suite 300<br>Williamsport, PA 17701 | Dawn LeFbver<br>PUBLISHERS SERVICE ASSOCIATES<br>1000 Commerce Drive, Suite 300<br>Williamsport, PA 17701<br>888-809-0085 | Trade debt | | 17,187.55 |
| 901, LLC<br>PO Box 548<br>Owings Mills, MD 21117 | Margaret Noll<br>901, LLC<br>PO Box 548<br>Owings Mills, MD 21117<br>410-363-3434 | Lease | | 15,860.77 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Alter Communications, Inc.**                                                                 Case No.  _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **McARDLE PRINTING CO., INC.**<br>800 Commerce Drive<br>Upper Marlboro, MD 20774 | Karen Lorence<br>McARDLE PRINTING CO., INC.<br>800 Commerce Drive<br>Upper Marlboro, MD 20774<br>301-390-8524 | **Trade debt** | | 11,405.88 |
| **ROOSEVELT PAPER COMPANY**<br>PO Box 8500, Suite 5175<br>Philadelphia, PA 19178 | Tim Birdsong<br>ROOSEVELT PAPER COMPANY<br>PO Box 8500, Suite 5175<br>Philadelphia, PA 19178<br>856-303-4100 | **Trade debt** | | 4,532.14 |
| **JEWISH TELEGRAPHIC AGENCY**<br>330 Seventh Avenue, 17th Floor<br>New York, NY | Ron Kampeas, Bureau Chief<br>JEWISH TELEGRAPHIC AGENCY<br>330 Seventh Avenue, 17th Floor<br>New York, NY<br>212-643-1890 | **Trade debt** | | 2,002.00 |
| **PAETEC COMMUNICATIONS, INC**<br>Arunas A. Chesonis, CEO<br>One Paetec Plaza<br>600 Willowbrook Office Park<br>Fairport, NY 14450 | Arunas A. Chesonis, CEO<br>PAETEC COMMUNICATIONS, INC<br>One Paetec Plaza<br>600 Willowbrook Office Park<br>Fairport, NY 14450<br>877-472-3832 | **Trade debt** | | 1,872.26 |
| **Mary Zajac**<br>3718 Tudor Arms Avenue<br>Baltimore, MD 21211 | Mary Zajac<br>3718 Tudor Arms Avenue<br>Baltimore, MD 21211<br>410-366-5230 | **Services rendered** | | 1,569.17 |
| **Brocato, Price & Janofsky**<br>309 Allegheny Avenue<br>Towson, MD 21204 | Julie Janofsky<br>Brocato, Price & Janofsky<br>309 Allegheny Avenue<br>Towson, MD 21204<br>410-823-2800 x1001 | **Services rendered** | | 1,470.00 |
| **Robert O. Freedman**<br>2525 Farrington Road<br>Baltimore, MD 21203 | Robert O. Freedman<br>2525 Farrington Road<br>Baltimore, MD 21203<br>410-484-6851 | **Services rendered** | | 1,400.00 |
| **Baltimore Gas & Electric Company**<br>Daniel P. Gahagan, General Counsel<br>750 East Pratt Street<br>Baltimore, MD 21212 | Daniel P. Gahagan, General Counsel<br>Baltimore Gas & Electric Company<br>750 E. Pratt Street<br>Baltimore, MD 21212<br>410-685-0123 | **Utilities** | | 1,322.51 |
| **MARY BETH REGAN**<br>721 Chapel Ridge Road<br>Lutherville Timonium, MD 21093 | MARY BETH REGAN<br>721 Chapel Ridge Road<br>Lutherville Timonium, MD 21093 | **Services rendered** | | 1,200.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Alter Communications, Inc.**              Case No.           

                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **SMITH LITHO**<br>**1029 East Guide Drive**<br>**Rockville, MD 20850** | **Theresa Bratcher**<br>**SMITH LITHO**<br>**1029 East Guide Drive**<br>**Rockville, MD 20850**<br>**301-424-1400** | **Trade debt** | | **1,185.00** |
| **Kenneth Lasson**<br>**6320 Wirt Avenue**<br>**Baltimore, MD 21215** | **Kenneth Lasson**<br>**6320 Wirt Avenue**<br>**Baltimore, MD 21215**<br>**410-837-4514** | **Services rendered** | | **1,150.00** |
| **e. MARKETING, INC**<br>**12401 Timber Grove Road**<br>**Owings Mills, MD 21117** | **Linda Esterson**<br>**e. MARKETING, INC**<br>**12401 Timber Grove Road**<br>**Owings Mills, MD 21117**<br>**410-581-1100** | **Trade debt** | | **1,050.00** |
| **Christopher Corbett**<br>**7 Beechdale Road**<br>**Baltimore, MD 21210** | **Christopher Corbett**<br>**7 Beechdale Road**<br>**Baltimore, MD 21210** | **Services rendered** | | **1,000.00** |
| **SHK Marketing, Inc.**<br>**3807 Tabor Road**<br>**Owings Mills, MD 21117** | **Stacy Karten**<br>**SHK Marketing, Inc.**<br>**3807 Tabor Road**<br>**Owings Mills, MD 21117**<br>**410-356-0936** | **Trade debt** | | **950.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **April 14, 2010**            Signature    **/s/ Andrew A. Buerger**
                                                                               **Andrew A. Buerger**
                                                                               **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re   **Alter Communications, Inc.**            Case No.
                           Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 14, 2010**            **/s/ Andrew A. Buerger**
                                           **Andrew A. Buerger**/**Vice President**
                                           Signer/Title

Alter Communications, Inc.
1040 Park Avenue, Suite 200
Baltimore, MD 21201


Maria Ellena Chavez-Ruark
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202


901, LLC
PO Box 548
Owings Mills, MD 21117


Abe Novick
802 Range Court
Towson, MD 21204


Adam Stone
1011Smithville Street
Annapolis, MD 21401


ADVANCE BUSINESS SYSTEMS
PO Box 631458
Baltimore, MD 21263


Amy Landsman
1505 Pickett Road
Lutherville Timonium, MD 21093


Andrew A. Buerger
501 Hawthorne Road
Baltimore, MD 21210


Andrew Evans
107 Brookletts Avenue
Easton, MD 21601

```
AT&T MOBILITY
PO Box 536216
Atlanta, GA 30353



Baltimore Gas & Electric Company
Daniel P. Gahagan, General Counsel
750 East Pratt Street
Baltimore, MD 21212



Baltimore Jewish Council
5750 Park Heights Avenue
Baltimore, MD 21215



BALTIMORE SUN, THE
PO Box 6987
Chicago, IL 60680



BOLTON STREET SYNAGOGUE
212 W. Cold Spring Lane
Baltimore, MD 21210



Brandon Goldner
6 Red Barn Court
Pikesville, MD 21208



Brocato, Price & Janofsky
309 Allegheny Avenue
Towson, MD 21204



CAROL DENNY
1504 Pine Bluff Way
Arnold, MD 21012



CHICAGO JEWISH NEWS
5301 W. Dempster Street
Skokie, IL 60077
```

Christopher Corbett
7 Beechdale Road
Baltimore, MD 21210


Chuck Shacochis
3819 Hudson Street
Baltimore, MD 21224


CLEVELAND JEWISH NEWS
23880 Commerce Park Street
Beachwood, OH 44122


Comptroller of the Treasury
301 W. Preston Street
Baltimore, MD 21201


DEBRA KANE
3102 Woodvalley Drive
Pikesville, MD 21208


e. MARKETING, INC
12401 Timber Grove Road
Owings Mills, MD 21117


ELINOR KOTZEN SPOKES
1017 Windsor Rad
Pikesville, MD 21208


ENOCH EQUIPMENT LEASING
2400 York Road
Lutherville Timonium, MD 21093


Ethel G. Hofman
707 South Bowman Street
Merion Station, PA 19066

EUGENE FINERMAN
1120 Antique Lane
Northbrook, IL 60062


Fry Communications
800 W. Church Road
Mechanicsburg, PA 17055


GEORGIA DE KATONA
1 Quartz Trail
Santa Fe, NM 87505


GREAT AMERICA LEASING
PO Box 660831
Dallas, TX 75266


HANNAH HELLER
2853 Baneberry Court
Baltimore, MD 21209


HASLER FINANCIAL SRVS, LLC
PO Box 45850
San Francisco, CA 94145


HG Roebuck
Kevin Pascale, Esquire
Rosenberg, Martin, Greenberg, LLP
25 S. Charles Street, Suite 2115
Baltimore, MD 21201


Ilene Spector
310 Benson Mill Road
Upperco, MD 21155


Internal Revenue Service
Special Procedures Staff
31 Hopkins Plaza, #1140
Baltimore, MD 21201

```
J - JEWISH NEW WEEKLY NORTH CALIFORNIA
225 Bush Street, Suite 1480
San Francisco, CA 94104



JENNY GLICK
5711 Greenleaf Street
Baltimore, MD 21210



JEWISH TELEGRAPHIC AGENCY
330 Seventh Avenue, 17th Floor
New York, NY



JOBTARGET
22 Masonic Street, Suite 302
New London, CT 06320



Katharine H. Hudson
PO Box 5662
Baltimore, MD 21210



Kelly & Associates Insurance
301 International Circle
Cockeysville, MD 21030



Kenneth Lasson
6320 Wirt Avenue
Baltimore, MD 21215



LAURA E LAING
5700 Ridgedale Road
Baltimore, MD 21209



LAURA GORDON
4522 Woodman Avenue
Sherman Oaks, CA 91423
```

Lexus Financial Services
500 Red Brook Place, Suite 210
Owings Mills, MD 21117


Mary Ann Treger
3 Revell Street
Annapolis, MD 21401


MARY BETH REGAN
721 Chapel Ridge Road
Lutherville Timonium, MD 21093


Mary Zajac
3718 Tudor Arms Avenue
Baltimore, MD 21211


Mayor & City Council of Baltimore
c/o City of Baltimore Development Corp.
36 S. Charles Street, Suite 1600
Baltimore, MD 21201


MBC PRECISION IMAGING
9130 Red Branch Road
Columbia, MD 21045


McARDLE PRINTING CO., INC.
800 Commerce Drive
Upper Marlboro, MD 20774


MEREDITH JACOBS
13714 Goosefoot Terrace
Rockville, MD 20850


Michael Fox
1329 Sacramento Street
San Francisco, CA 94109

```
MICHELE MAAYAN PASE-JAFFEE
3210 Shelburne Road
Pikesville, MD 21208



Michelle Schwartz
2502 Farrington Road
Baltimore, MD 21209



MICONI CONSULTING LLC
813 Woodrow Avenue
Essex, MD 21221



MOTOR VEHICLE ADMINISTRATION
6601 Ritchie Highway, NE
Glen Burnie, MD 21061



NEW JERSEY STANDARD
1086 Teaneck Road
Teaneck, NJ 07666



NEW YORK JEWISH WEEK
1501 Broadway Street
New York, NY 10036



NEWSCOM SERVICES, INC.
375 Chipeta Way, Suite B
Salt Lake City, UT 84108



Office of the US Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201



PAETEC COMMUNICATIONS, INC
Arunas A. Chesonis, CEO
One Paetec Plaza
600 Willowbrook Office Park
Fairport, NY 14450
```

PHILADELPHIA JEWISH EXPONENT
2100 Arch Street, 4th Floor
Philadelphia, PA 19103


PHOENIX JEWISH NEWS, INC
1625 E. Northern Avenue, Suite 106
Phoenix, AZ 85020


PHSA PURE WATER FINANCE
PO Box 404582
Atlanta, GA 30384


PUBLISHERS SERVICE ASSOCIATES
1000 Commerce Drive, Suite 300
Williamsport, PA 17701


R-OM-G CHAMBER OF COMMERCE
100 Owings Court, Suite 9
Reisterstown, MD 21136


Robert O. Freedman
2525 Farrington Road
Baltimore, MD 21203


Ronnie Buerger
2800 Baublitz Road
Owings Mills, MD 21117


ROOSEVELT PAPER COMPANY
PO Box 8500, Suite 5175
Philadelphia, PA 19178


SCOTT SUCHMAN
1601 Argonne Place, NW, #428
Washington, DC 20009

```
SHANNON BUSINESS SYSTEMS
400 East Joppa Road
Beachwood, OH 44122



SHK Marketing, Inc.
3807 Tabor Road
Owings Mills, MD 21117



SMITH LITHO
1029 East Guide Drive
Rockville, MD 20850



Staples Business Advantage
Dept DC
PO Box 415256
Boston, MA 02241



Stuart Schoffman
Rehov Hetzfira 21 93102
Jerusalem



TAYLOR BERMAN
317 E. 30th Street
Baltimore, MD 21218



VERIZON WIRELESS #00005
PO Box 25505
Lehigh Valley, PA 18002



VIRGINIA HOLMAN
921 Oceanward Lane
Carolina Beach, NC 28428



Wells Fargo Bank, National Association
c/o Loc Pfeiffer, Esquire
Kutak Rock, LLP
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
```